**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

February 16, 2012

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

By Email

Honorable John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
FEB 17 2012
JUDGE KEENAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-21-12

Re:  **United States v. Lucas Henderson**
     **11 Cr. 871**

Dear Judge Keenan:

I write with the consent of the government on behalf of my client, Lucas Henderson, to request an adjournment of the conference currently set in this case for Wednesday, February 22, 2012 at 10:30 a.m. to Thursday, March 29, 2012 at 11:00 a.m. This adjournment is requested to facilitate our efforts to resolve this case with a misdemeanor.

The defense consents to the exclusion of time between February 22, 2011 and the next conference from any speedy trial calculation.

If the Court requires additional information I can be reached at (212) 417-8734.

Respectfully submitted,

Christopher Flood
Assistant Federal Defender

cc:  AUSA Chris Frey (by facsimile)

---

The application is granted. The time between February 22, 2012 and March 29, 2012 is excluded.
SO ORDERED.
Dated: New York, New York
       February 21, 2012

John F. Keenan
U.S.D.J.